**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Melvin Washington, | Case No. 2:23-cv-01035-ART-DJA |
| Plaintiff, | |
| v. | **Order** |
| Division of Welfare and Supportive Services – Nevada, Cambridge, | |
| Defendant. | |

Plaintiff has filed what appear to be his discovery requests on the docket. (ECF No. 38). Plaintiff has titled his filing a "discovery motion." However, under Federal Rule of Civil Procedure 5(d)(1)(A) and Local Rule 26-7, interrogatories, requests for documents, and requests for admission should not be filed until they are used in the proceeding. So, the Court denies and strikes Plaintiff's motion. *See* LR IA 10-1(d).

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 38) is **denied.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **strike** Plaintiff's motion (ECF No. 38) from the docket and **send** Plaintiff a copy of this order.

DATED: September 4, 2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE