UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN WASHINGTON,<br><br>                              Plaintiff,<br>     v.<br>Division of Welfare and Supportive Services – Nevada, Cambridge, et al.,<br>                             Defendants. | Case No. 2:23-cv-01035-ART-DJA<br><br>ORDER DENYING MOTION<br>(ECF No. 36) |

Plaintiff Melvin Washington sued the State of Nevada under the Americans with Disabilities Act for alleged discrimination at the Cambridge office of Nevada's Division of Welfare. (ECF No. 6.) Plaintiff now brings a motion *in limine* to exclude irrelevant or prejudicial evidence from trial. (ECF No. 36.) The State of Nevada argues that Plaintiff's motion should be denied as premature because it was filed before any discovery was conducted. (ECF No. 39.)

The Court agrees with the State of Nevada. The issue of admissibility of these records in trial is premature. At this point in the litigation, parties have "not yet determined what evidence they intend to use at trial because the[y] have yet to prepare and file a proposed joint pretrial order." *Kennedy v. Las Vegas Sands Corp.*, No. 2:17-cv-880, 2019 WL 2270589, at *4 (D. Nev. May 28, 2019); *Antoninetti v. Chipotle Mexican Grill, Inc.*, Nos. 05-cv-1660-J (WMc), 06-cv-2671, 2007 WL 3333109, at *3 (S.D. Cal. Nov. 8, 2007) (denying plaintiff's motion *in limine* as premature because defendant had not yet determined what evidence it would introduce at trial). Accordingly, the Court denies Plaintiff's motion without prejudice but with leave to refile closer to trial.

**Conclusion**

It is therefore ordered that Plaintiff's Motion *in Limine* (ECF No. 36) is

1 | DENIED without prejudice.

3 |      DATED THIS 15th day of October 2025.

*[signature]*

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE