UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Melvin Washington,<br><br>              Plaintiff,<br><br>   v.<br><br>Division of Welfare and Supportive Services – Nevada, Cambridge, er al.,<br><br>              Defendants. | Case No. 2:23-cv-01035-ART-DJA<br><br>**Order** |

      Before the Court is Defendant State of Nevada in relation of Division of Welfare and Supportive Services, Nevada, Cambridge's motion to compel initial disclosures and discovery responses and request for sanctions. (ECF No. 46). However, while Defendant asserts that it has attempted to resolve the disputes with meet and confer attempts, Defendant has neither demonstrated that it has actually met and conferred with the Plaintiff nor filed a sufficient declaration regarding that meet and confer. Under Local Rule[1] 26-6(c) discovery motions will not be considered unless the movant (1) has made a good faith effort to meet and confer as defined in LR IA 1-3(f) before filing the motion, and (2) includes a declaration setting forth the details and results of the meet-and confer conference about each disputed discovery request. Under Local Rule IA 1-3(f), a meet and confer requires direct dialogue and discussion in a face-to-face meeting, telephone conference, or video conference. The exchange of written, electronic, or voice-mail communications does not satisfy this requirement. LR IA 1-3(f). The Court therefore denies Defendant's motion without prejudice.

---

[1] This refers to the Local Rules of Practice for the United States District Court for the District of Nevada, which can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/

**IT IS THEREFORE ORDERED** that Defendant's motion to compel (ECF No. 46) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** a copy of this order to Plaintiff.

DATED: December 23, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE