**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Melvin Washington, | Case No. 2:23-cv-01035-ART-DJA |
| Plaintiff, | |
| v. | **Order** |
| Division of Welfare and Supportive Services – Nevada, Cambridge; et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion for court appointed court reporter and motion to extend, filed twice at ECF Nos. 50 and 51.  Defendant filed a response.  (ECF No. 52).  Plaintiff's reply is not yet due, but his motion contains certain deficiencies that he cannot correct in reply. *See Delgadillo v. Woodford*, 527 F.3d 919, 930 n.4 (9th Cir. 2008) (explaining that "[a]rguments raised for the first time in [a] reply brief are deemed waived); *see Symbiont Nutrition LLC v. Western Agriculture Insurance Company*, 671 F.Supp.3d 991, 998 (D. Ariz. 2023) (same).

First, Plaintiff asks the Court to appoint and pay for a court reporter for his deposition of John Quince and for "all hearings and proceedings in this case" pursuant to 28 U.S.C. § 1915. However, that statute does not provide for court reporters at the Court's expense.  And Plaintiff does not identify any other legal basis for his request.  He also does not provide a factual basis for his request other than stating that he is unable to pay for a court reporter.  Without a robust legal and factual basis for the relief Plaintiff requests, the Court cannot grant this request.

Second, Plaintiff asks to extend the discovery deadline for two weeks.  However, motions to extend deadlines set by a discovery plan must include the following information as required by Local Rule 26-3:

(a)  A statement specifying the discovery completed;

    (b)  A specific description of the discovery that remains to be completed;

    (c)  The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

    (d)  A proposed schedule for completing all remaining discovery.

Plaintiff's motion does not include this information.

Given these issues, the Court denies Plaintiff's motion without prejudice, meaning that Plaintiff may re-file it if he can correct the noted deficiencies.

**IT IS THEREFORE ORDERED** that Plaintiff's motions for court appointed court reporter and to extend (ECF Nos. 50, 51) are **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order.

DATED: February 23, 2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE